UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-24364-Civ-COOKE/GOODMAN

MARIAM GRIGORIAN, individually and on behalf
of all others similarly situated,

    Plaintiff,                                             CLASS ACTION

vs.

FCA US LLC,

    Defendant,

_____/

## FCA US LLC'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT OR, ALTERNATIVELY, TO DISMISS CLASS ALLEGATIONS

Defendant FCA US LLC, by and through its counsel of record, hereby withdraws its Motion to Dismiss Plaintiff's First Amended Class Action Complaint or, Alternatively, to Dismiss Class Allegations, filed on March 18, 2019 (ECF ##74-75), and respectfully requests that this Court take no further action regarding that motion.

FCA US is withdrawing its Motion to Dismiss because the issues and arguments presented therein have subsequently been submitted on a more-complete factual record in its pending Motion for Summary Judgment, which was filed on April 17, 2019 (ECF ##116-18) and fully briefed as of last week. The withdrawal of FCA US's Motion to Dismiss will help conserve judicial resources, and obviate the need for this Court to consider FCA US's arguments in two separate motions under different standards and evidentiary records.

In light of the withdrawal of its Motion to Dismiss, FCA US is filing herewith its Answer to Plaintiff's First Amended Class Action Complaint.

This Court previously scheduled a hearing on FCA US's Motion to Dismiss, which is set for June 12, 2019 at 10:30 a.m. *See* ECF #97. Given the withdrawal of that motion, FCA US respectfully submits that the June 12 hearing should be canceled unless there is some other motion or issue that the Court wishes the parties to address at that time.

Respectfully submitted,

/s/ Scott M. Sarason
SCOTT M. SARASON
Florida Bar No. 0394718
E-mail: ssarason@rumberger.com
docketingmiami@rumberger.com
MICHAEL R. HOLT
Florida Bar No. 0383450
E-mail: mholt@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell City Tower, Suite 3000
80 S.W. 8th Street
Miami, Florida 33130-3037
Telephone: (305) 358-5577
Fax: (305) 371-7580

**THOMPSON COBURN LLP**

Stephen D'Aunoy, (admitted *pro hac vice*)
sdaunoy@thompsoncoburn.com
Thomas L. Azar, Jr. (admitted *pro hac vice*)
tazar@thompsoncoburn.com
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000

*Attorneys for FCA US LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF on this 8th day of May, 2019 on all counsel or parties of record on the Service List below.

## SERVICE LIST

Manuel S. Hiraldo
Hiraldo P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, FL  33301
mhiraldo@hiraldolaw.com

Scott Edelsberg
Edelsberg Law, P.A.
19495 Biscayne Boulevard
Suite 607
Aventura, FL 33180
scott@edelsberglaw.com

Edmund Alonso Normand
Jacob Lawrence Phillips
Normand PLLC
3165 McCrory Place
Suite 175
Orlando, FL 32803
Ed@ednormand.com
jacob@ednormand.com

*Attorneys for Plaintiff*

By: */s/ Scott M. Sarason*
      Scott M. Sarason
      Counsel for FCA US LLC