UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-24364-Civ-COOKE/GOODMAN

MARIAM GRIGORIAN, individually and on behalf
of all others similarly situated,

    Plaintiff,

vs.

FCA US, LLC, a Michigan Limited Liability
Company,

    Defendant.
_____/

## ORDER DISMISSING THIRD-PARTY DEFENDANT

THIS MATTER is before me on the Joint Stipulation of Voluntary Dismissal of FCA US LLC's Third-Party Claims Against Mudd, Inc. (ECF No. 160). The Court having reviewed the record and the relevant legal authorities, it is hereby **ORDERED and ADJUDGED** that Third-Party Defendant Mudd, Inc. is **DISMISSED** *without prejudice* from this case. FCA US, LLC and Mudd, Inc. shall each bear their own attorney's fees and costs. The Clerk of Court shall **TERMINATE** Third-Party Defendant Mudd, Inc. from this case. All pending motions involving Third-Party Defendant Mudd, Inc., if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida, this 17th day of June 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*