UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-24364-Civ-COOKE/GOODMAN

MARIAM GRIGORIAN, individually and on behalf
of all others similarly situated,

    Plaintiff,

vs.

FCA US, LLC, a Michigan Limited Liability
Company,

    Defendant.
_____/

## ORDER DISMISSING CASE

THIS MATTER is before the Court following a hearing on the issue of standing, held on December 13, 2019. For the reasons stated at the hearing, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Court finds that Plaintiff lacks standing under Article III. *See Salcedo v. Hanna*, 936 F.3d 1162 (11th Cir. 2019).
2. This case is therefore **DISMISSED** *without prejudice*.
3. The Clerk of Court shall **CLOSE** this case.
4. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 13th day of December 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*

1