UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-24364-Civ-COOKE/GOODMAN

MARIAM GRIGORIAN, individually and on behalf
of all others similarly situated,

    Plaintiff,

vs.

FCA US, LLC, a Michigan Limited Liability
Company,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS

    THIS MATTER is before the Court upon United States Magistrate Judge Jonathan Goodman's Report and Recommendations on Defendant's Motion for Bill of Costs (ECF No. 267) ("Report").

    In his Report, Judge Goodman recommends that the Defendant's Motion be **GRANTED** *in part*. Neither Party has filed objections to the Report, and the time to do so has passed. Upon review of the thorough Report and the record in this matter, the Court **ADOPTS** Judge Goodman's Report as the Order of this Court. Accordingly, Defendant's Motion (ECF No. 262) is **GRANTED** *in part* and **DENIED** *in part*. Defendant is awarded **$4,056.75** in taxable costs.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of November 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*

1